UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN STAR BUSINESS INVESTMENTS, LLC, <br> *Plaintiff,* <br><br> vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, <br> *Defendant.* | § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:26-cv-796 |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Westchester Surplus Lines Insurance Company ("Defendant" or "Westchester") files this Notice of Removal and respectfully shows that diversity subject-matter jurisdiction exists and removal is timely.

## I.
### REMOVAL IS TIMELY

1. On November, 20, 2025, Plaintiff filed its Original Petition in the matter *American Star Business Investments LLC v. Westchester Surplus Lines Insurance Company,* Cause No. 202588192, in the 133rd Judicial District Court of Harris County, Texas.

2. Defendant only received notice of this lawsuit on January 12, 2026.

3. Under federal law, "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ...." 28 U.S.C. § 1446(b)(1).

4. Defendant files this Notice of Removal within the thirty-day time period. *See* 28 U.S.C. § 1446(b). Accordingly, removal of this action is timely.

## II.
## DIVERSITY OF CITIZENSHIP

5. Removal is proper under 28 U.S.C. § 1332(a)(1), because there is currently complete diversity of citizenship, and complete diversity existed on the date the state court case was filed.

6. Plaintiff is a limited liability company doing business in the State of Texas, with its principal place of business in Harris County, Texas. Therefore, Plaintiff is a citizen of the State of Texas.

7. Westchester is a company incorporated in the State of Georgia, with its principal place of business in the Commonwealth of Pennsylvania. Therefore, Westchester is a citizen of Georgia and the Commonwealth of Pennsylvania.

8. There is diversity of citizenship.

## III.
## VENUE IS PROPER

9. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 124 and 1446, since it is the district and division within which such action is pending in state court.

## IV.
## AMOUNT IN CONTROVERSY

10. The amount in controversy exceeds the $75,000.00 threshold required to invoke this Court's jurisdiction. 28 U.S.C. § 1332(a).

11. Although Plaintiff's Original Petition does not specify a damages amount, Defendant has received *other paper* demonstrating that the amount in controversy exceeds $75,000, exclusive of interest and costs. Specifically, prior to suit, Plaintiff provided a written demand to Defendant asserting damages in excess of $75,000. Accordingly, based on the

allegations in the Petition and Plaintiff's pre-suit demand, Defendant has a good-faith basis to believe that the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

12. The amount in controversy clearly exceeds $75,000.00.

## V.
## REMOVAL IS PROCEDURALLY CORRECT

13. Pursuant to 28 U.S.C. § 1446(a), attached hereto is:

   a. All process in the case (**Exhibit A**)

   b. Pleadings asserting causes of action, *e.g.*, petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings (**Exhibits B**);

   c. All orders signed by the state judge (None);

   d. The docket report (**Exhibit C**);

   e. An index of all matters being filed (**Exhibit D**); and

   f. A list of all counsel of record, including addresses, telephone numbers and parties represented (**Exhibit E**).

14. Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant files this Notice of Removal, written notice of the filing will be given to Plaintiff.

15. Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant files this Notice of Removal, a true and correct copy will be filed with the District Clerk of Harris County, Texas.

## VI.
## CONCLUSION

WHEREFORE, Defendant respectfully requests that this action now pending in Harris County, Texas be removed to the United States District Court for the Southern District of Texas, Houston Division, and for the Court to grant Defendant any such other and further relief to which it may be justly entitled, at law or in equity.

Respectfully submitted,

COZEN O'CONNOR

_____
Stephen Pate
State Bar No. 15566500
Fed. ID. No. 1066
Derick Lancaster
State Bar No. 24099877
Fed. ID. No. 3880928
spate@cozen.com
dlancaster@cozen.com
811 Main, Suite 2000
Houston, TX 77002
Telephone:  (832) 214-3900
Facsimile:  (832) 214-3905

**ATTORNEYS FOR DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This certifies that, on February 2, 2026, of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure.

Chad T. Wilson
Amanda J. Fulton
455 E Medical Center Blvd, Suite 555
Webster, Texas 77598

_____
Stephen Pate