# EXHIBIT A

Incoming Legal Mail

Personally served to AML

@ 12 pm on 01/12/26

Company served:
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Note:
Bad Faith in complaint (pg. 10)

Please scan to IL.

Incoming Legal Mail

Personally served to AML

@ 12 pm on 01/12/26

Company served:
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Note:
Bad Faith in Complaint (pg. 10)

Please scan to IL.

CAUSE NO. 202588192

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1044390
TRACKING #: 74576600

Plaintiff: AMERICAN STAR BUSINESS INVESTMENTS LLC

vs.

Defendant: WESTCHESTER SURPLUS LINES INSURANCE
COMPANY

In The 133rd
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To:   WESTCHESTER SURPLUS LINES INSURANCE COMPANY BY SERVING THROUGH ITS
CONTRACTUAL AGENT FOR SERVICE MR PAUL BECH ESQ ASSOCIATE GENERAL COUNSEL
CHUBB**
    436 WALNUT STREET
    PHILADELPHIA PA 19106
OR WHEREVER THEY MAY BE FOUND

    Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 11/20/2025, in the above cited cause number and court. The instrument attached
describes the claim against you.

    **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written
answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration
date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In
addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other
parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with
the clerk. Find out more at TexasLawHelp.org.

This citation was issued on  November 20, 2025, under my hand and seal of said court.

Issued at the request of:
WILSON, CHAD TROY
455 EAST MEDICAL CENTER BLVD SUI
WEBSTER, TX  77598-0000
713-222-6000

Bar Number: 24079587

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: NELSON CUERO

Tracking Number: 74576600

**CAUSE NUMBER: 202588192**

| | |
|---|---|
| **PLAINTIFF: AMERICAN STAR BUSINESS INVESTMENTS LLC** | **In the 133rd** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: WESTCHESTER SURPLUS LINES INSURANCE COMPANY** | **Harris County, Texas** |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____

_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20__.

Fees $_____

_____     By_____
              Affiant                                                   Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

_____
Notary Public